Case 4:24-cv-05090-TOR    ECF No. 7    filed 10/01/24    PageID.26    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR JONES, <br><br>            Plaintiff, <br><br>   v. <br><br> DEPARTMENT OF CORRECTIONS, SECRETARY CHERYL STRANGE, DIRECTOR LORNE SPOONER, SUPERINTENDENT JEFFREY PERKINS, SGT. GONZALES, C/O DELMAR BICE, C/O A. VELEZ, C/O WILKINSON, and C/O D. NILES, <br><br>            Defendants. | NO:  4:24-CV-5090-TOR <br><br> ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS |

Plaintiff, a prisoner currently housed at the Coyote Ridge Corrections Center, filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on July 29, 2024. ECF No. 1.  He did not pay the filing fee to commence this action as required by 28 U.S.C. § 1914.  He also failed to comply with 28 U.S.C. § 1915(a)(2), which requires prisoners who seek to bring a civil action without prepayment of the filing fee to

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 1

submit a certified copy of their inmate account statement (or the institutional equivalent) for the six months immediately preceding the filing of the complaint.

By letter dated July 29, 2024, the Clerk of Court advised Plaintiff of these deficiencies, supplied him with a Declaration and Application to Proceed *In Forma Pauperis* to complete and return, and directed him to provide a certified statement of his inmate account for the six-month period immediately preceding the submission of his complaint on July 29, 2024. ECF No. 2. Although Plaintiff provided a signed Application to Proceed *In Forma Pauperis,* ECF No. 4, he did not present a certified statement of his inmate account for the six months preceding submission of the complaint as required by 28 U.S.C. § 1915(a)(2). *Id.*

On August 28, 2024, the Court ordered Plaintiff to submit a certified statement of his inmate account for the six-month period immediately preceding July 29, 2024. ECF No. 6 at 2. In the alternative, Plaintiff was instructed that he may pay the full $405.00 filing fee. *Id*. The Court cautioned that failure to comply with these directives within forty-five (45) days, would result in dismissal of this action. *Id.* at 3.

Plaintiff did not comply with these directives and has filed nothing further. Accordingly, for the reasons set forth above and, in the Court's prior Order, ECF No. 6, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis*

1  requirements of 28 U.S.C. §§ 1914 and 1915.  The Court certifies pursuant to 28
2  U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith
3  and would lack any arguable basis in law or fact.
4      The Clerk of Court is directed to enter this Order, enter judgment, provide
5  copies to Plaintiff, and **CLOSE** the file.
6      **DATED** October 1, 2024.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 3