AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TREVOR JONES

*Plaintiff*

v.

DEPARTMENT OF CORRECTIONS, SECRETARY CHERYL STRANGE, DIRECTOR LORNE SPOONER, SUPERINTENDENT JEFFREY PERKINS, SGT. GONZALES, C/O DELMAR BICE, C/O A. VELEZ, C/O WILKINSON, and C/O D. NILES

*Defendant*

Civil Action No. 4:24-CV-5090-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 7, this action is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915. Judgment of Dismissal is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice.

Date: 10/1/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony